DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

GREENE v. GREENE
    No. 52.

    Case below: 15 N.C. App. 314.

Motion by defendant Edward I. Greene to withdraw appeal allowed 25 September 1972.

HANSEN v. KESSING CO.
    No. 23 PC.

    Case below: 15 N.C. App. 554.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

HARRISON v. LEWIS
    No. 57.

    Case below: 15 N.C. App. 26.

Motion of defendant to withdraw appeal allowed 22 September 1972.

HELMS v. REA
    No. 20 PC.

    Case below: 15 N.C. App. 465.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 11 October 1972.

HOUCK v. OVERCASH
    No. 24 PC.

    Case below: 15 N.C. App. 581.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 October 1972.